# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIAM TONY McROAN**

    **Plaintiff,**

v.                                       **CASE NO. 4:13-cv-272-MW/CAS**

**JUDGE WILLIAM L. WRIGHT,**
**et al.,**

    **Defendants.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 7, filed June 4, 2013. The Court has also reviewed *de novo* Plaintiff's Motion to Object to the Report and Recommendation, ECF No. 8, filed June 20, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice** for failure to state a claim upon which relief

may be granted as to the State of Florida and Defendant Marsh, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), and because Defendants Wright and Redmon are immune from such relief pursuant to §1915(2)(B)(iii)."

**The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), (iii).**

The Clerk shall close the file.

SO ORDERED on June 24, 2013.

s/Mark E. Walker<br>
United States District Judge